MARY KATE SULLIVAN (State Bar No. 180203)
NATILEE S. RIEDMAN (State Bar No. 257871)
nsr@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| GLORIA Q. NATIVIDAD; FELICISIMO M. NATIVIDAD,<br><br>                Plaintiffs,<br><br>        vs.<br><br>WELLS FARGO BANK, N.A.; FIRST AMERICAN LOANSTAR SERVICES, LLC, a Texas limited liability company, DBA FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC and FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC; NEWBURY PLACE REO III, LLC.; BSI FINANCIAL SERVICES, INC.; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this Complaint adverse to Plaintiffs' title thereto, and DOES 1 through 25, inclusive,<br><br>                Defendants. | Case No. CV 12-03646-JSC<br><br>**REQUEST TO BE EXCUSED FROM CLIENT PARTICIPATION BY WELLS FARGO BANK, N.A. AT THE OCTOBER 3, 2012 ADR TELECONFERENCE; [PROPOSED] ORDER**<br><br>Date:        October 3, 2012<br>Time:        10:00 a.m.<br>Judge:      Hon. Jacqueline Scott Corley<br><br>Action Filed:       May 2, 2012<br>Trial Date:         None Set |

On September 26, 2012, the Court in the above-captioned action issued an order, referring the case to the ADR unit for an assessment telephone conference. (See docket entry number 38.) In the September 26, 2012 order, the Court requested that the defendants arrange for a representative to participate in the telephone conference, for the purpose of discussing the possibility of another loan modification review. (*Id.*) On or around September 27, 2012, the ADR

1  department issued a scheduling notice, setting an ADR conference call for October 3, 2012.  (See

2  docket entry number 39.)

3      As detailed further in the motion to dismiss filed by Wells Fargo Bank, N.A. ("Wells

4  Fargo"), Wells Fargo does not have any current relationship to the loan that is the subject matter of

5  this litigation.  Thus, Wells Fargo would be unable to meaningfully participate in any discussions

6  concerning the possibility of a loan modification.  Accordingly, Wells Fargo respectfully requests

7  that the Court allow Wells Fargo to be excused from producing a client representative at the

8  October 3, 2012 ADR telephone conference.  Counsel for Wells Fargo, of course, would happily

9  participate and will be fully apprised of the case status and any settlement position on the part of

10  Wells Fargo.

11

12  DATED:  October 2, 2012          SEVERSON & WERSON
                                     A Professional Corporation
13

14

15                                   By:      /s/ Natilee S. Riedman
                                              Natilee S. Riedman
16
                                     Attorneys for Defendant
17                                   WELLS FARGO BANK, N.A.

18

19

20

21

22

23

24

25

26

27

28

REQUEST TO BE EXCUSED FROM CLIENT PARTICIPATION BY WELLS FARGO BANK, N.A. AT THE
OCTOBER 3, 2012 ADR TELECONFERENCE; [PROPOSED] ORDER

**[PROPOSED] ORDER**

Having reviewed the request by Wells Fargo, and good cause appearing, the Court hereby ORDERS that Wells Fargo shall be excused from producing a client representative at the October 3, 2012 ADR conference call.  Counsel for Wells Fargo shall participate.

IT IS SO ORDERED.

DATED:  __ October 2 _____, 2012

_____
United States District Court Judge
Jacqueline Scott Corley

55002.0045/2409996.1

CV 12-03646-JSC

REQUEST TO BE EXCUSED FROM CLIENT PARTICIPATION BY WELLS FARGO BANK, N.A. AT THE
OCTOBER 3, 2012 ADR TELECONFERENCE; [PROPOSED] ORDER