MARY KATE SULLIVAN (State Bar No. 180203)
NATILEE S. RIEDMAN (State Bar No. 257871)
nsr@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| GLORIA Q. NATIVIDAD; FELICISIMO M. NATIVIDAD,<br><br>    Plaintiffs,<br><br>  vs.<br><br>WELLS FARGO BANK, N.A.; FIRST AMERICAN LOANSTAR SERVICES, LLC, a Texas limited liability company, DBA FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC and FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC; NEWBURY PLACE REO III, LLC.; BSI FINANCIAL SERVICES, INC.; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this Complaint adverse to Plaintiffs' title thereto, and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. CV 12-03646-JSC<br><br>**STIPULATION TO EXCUSE WELLS FARGO BANK, N.A. AND FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC FROM PARTICIPATING IN OCTOBER 22, 2012 ADR TELECONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:   October 22, 2012<br>Time:   10:00 a.m.<br>Judge:  Hon. Jacqueline Scott Corley<br><br>Action Filed:  May 2, 2012<br>Trial Date:    None Set |

On October 3, 2012, plaintiffs Gloria and Felicisimo Natividad ("Plaintiffs"), BSI Financial Services, Inc. ("BSI"), Newbury Place REO III, LLC ("Newbury"), Wells Fargo Bank, N.A. ("Wells Fargo") and First American Trustee Servicing Solutions, LLC ("First American") attended, through their respective counsel of record, an ADR assessment teleconference, as ordered by the Court. (See docket numbers 38 and 39.)

At the conclusion of the October 3, 2012 teleconference, a second ADR teleconference

1  was scheduled for October 22, 2012.  In light of the fact that Wells Fargo has no remaining
2  relationship to the Subject Loan, it is unable to meaningfully participate in loan modification
3  discussions.  Similarly, as a mere trustee, First American is unable to meaningfully participate.  In
4  the October 3, 2012 teleconference, ADR Staff Attorney, Daniel Bowling indicated that Wells
5  Fargo and First American's participation in the October 22, 2012 teleconference appears
6  unnecessary.

7  Based on the foregoing, and in order to preserve the resources of the parties, the parties
8  hereby stipulate that Wells Fargo and First American, as well as their counsel, shall be excused
9  from participating in the October 22, 2012 teleconference.  Plaintiffs, BSI and Newbury shall
10 participate.

11 IT IS SO STIPULATED.

12 DATED:  October 16, 2012          CONSUMER LITIGATION LAW CENTER, APC

13                                   By:    */s/*  September J. Katji
14                                          September J. Katje, Esq.

15                                   Attorneys for Plaintiffs
16                                   Gloria Natividad and Felicisimo Natividad

17
18 DATED:  October 16, 2012          SEVERSON & WERSON
                                     A Professional Corporation

19                                   By:    /s/ Natilee S. Riedman
20                                          Natilee S. Riedman

21                                   Attorneys for Defendant
22                                   WELLS FARGO BANK, N.A.

23
24 DATED:  October 16, 2012          LAW OFFICES OF GLENN H. WECHSLER

25                                   By:    */s/*  Glenn H. Wechsler
26                                          Glenn H. Wechsler

27                                   Attorneys for Defendant
                                     FIRST AMERICAN TRUSTEE SERVICING
28                                   SOLUTIONS, LLC

DATED: October 16, 2012  LAW OFFICES OF LES ZIEVE

By: */s/* Jennifer Bender
 Jennifer Bender, Esq.

Attorneys for Defendants
NEWBURY PLACE REO III, LLC AND BSI FINANCIAL SERVICES, INC.

### [PROPOSED] ORDER

Having reviewed the stipulation of the parties, pursuant to the recommendation of Mr. Bowling, and good cause appearing, the Court hereby ORDERS that Wells Fargo Bank, N.A. and First American Trustee Servicing Solutions, LLC, as well as their counsel, shall be excused from participating in the October 22, 2012 ADR teleconference.

IT IS SO ORDERED.

DATED: October 17 , 2012

 United States District Court Judge
 Jacqueline Scott Corley