IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA Q. NATIVIDAD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | Case No.: C12-3646 JSC<br><br>**ORDER RE NOTICE OF SUBSTITUTION OF COUNSEL AND NOVEMBER 9, 2012 LETTER FROM GLEN L. MOSS** |

On November 27, 2012, Plaintiffs' purported new counsel filed a document entitled "Notice of Substitution of Counsel Felicisimo M. Natividad and Gloria Nativadad substitute Glen L Moss & Moss & Murphy in place of September Katje and his firm." (Dkt. No. 27.) This document, however, is simply a caption page; it appears to be missing the second page. Accordingly, it does not comply with the local rules for replacement of one firm by another as counsel for a party. Civil L.R. 5-1(c)(2)(E) provides that such replacement "is governed by Civil L.R. 11-5 and requires an order of the Court." Plaintiffs' purported new counsel is ordered to file, by **Monday, December 3, 2012 at 5 p.m.**, a proper notice of substitution of counsel that includes a signature line for the Court.

Additionally, Mr. Moss has represented to the Court that Plaintiffs intend to withdraw their TILA and RESPA claims, as well as "many of the other claims," pleaded in the First Amended Complaint. (*See* Dkt. No. 52.) Given that a hearing on Defendants' Motions to Dismiss the First

Amended Complaint is currently scheduled for December 6, 2012, the Court orders that Plaintiffs, by **Monday, December 3, 2012 at 5 p.m.**, inform the Court which claims in their First Amended Complaint they still assert.

**IT IS SO ORDERED.**

Dated:  November 30, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2