```
 1  Glenn L. Moss (State Bar No. 44307)
    Ann Murphy (State Bar No. 66947)
 2  MOSS and MURPHY
    1297 B Street
 3  Hayward, CA 94541

 4  Tel.510-583-1155
    Fax. 510 583 1299
 5  e-mail: m-m@pacbell.net

 6
    Attorneys for Plaintiffs
 7  FELICISIMO M. NATIVIDAD and
    GLORIA Q NATIVIDAD
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICISIMO M. NATIVIDAD and GLORIA Q NATIVIDAD<br><br>　　　　　　Plaintiffs<br><br>vs.<br><br>WELLS FARGO BANK, N.A., FIRST AMERICAN LOANSTAR TRUSTEE SERVICING SOLUTIONS LLC, NEWBURY PLACE RIO III, LLC, AND PATRICK LYMAN & ASSOCIATES LLC and BSI FINANCIAL SERVICES INC. and KEVIN EIKENBERRY, A California Citizen<br>　　　　　　Defendants | NO: 3:12-cv-03646 JSC<br><br>**SUBSTITUTION OF ATTORNEYS** and **ORDER APPROVING SUBSTITUTION**<br>Civil Rule 11-5 |

Please take notice that plaintiffs, FELICISIMO M. NATIVIDAD and GLORIA Q NATIVIDAD have discharged the Consumer Litigation Law Center, APC as their attorneys effective November 9, 2012. Plaintiffs have lost confidence in their prior counsel since she failed to inform them that the case was removed to Federal Court, and has otherwise failed to keep plaintiffs informed about the progress of this case.

Plaintiffs have retained Glen L. Moss of Moss & Murphy as their attorneys. Mr. Moss and Moss & Murphy notified plaintiffs prior counsel an defendants counsel in writing of this substitution on or about November 9, 2012. Plaintiffs also notified their prior counsel of this substitution. Prior counsel for plaintiffs has written an e-mail to Glen L. Moss. However, the file has not been forwarded to Mr. Moss, despite a request.

Glen L Moss may be contacted at the address, phone and electronic mail numbers at the top of this pleading. Both Glen L. Moss and his partner, Ann Murphy are members of the bar of this Court.

DATED: November 27, 2012.                              MOSS & MURPHY

                                                       By _____
                                                              Glen L. Moss

FELICISIMO M. NATIVIDAD and
GLORIA Q NATIVIDAD

By _____

-2-

## ORDER

For good cause, September Katjie and the Consumer Litigation Law Center, APC are discharged as counsel for plaintiffs. Glen L. Moss and Moss & Murphy are approved as counsel for plaintiffs.

Dated: December 3, 2012

x/gloria.sup



JACQUELINE SCOTT CORLEY
US MAGISTRATE
GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley