1  MARY KATE SULLIVAN (State Bar No. 180203)
2  NATILEE S. RIEDMAN (State Bar No. 257871)
   nsr@severson.com
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, California 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendant
   WELLS FARGO BANK, N.A.

7

8              UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

10

11 | GLORIA Q. NATIVIDAD; FELICISIMO M. | Case No. CV 12-03646-JSC
   | NATIVIDAD,
12 |                                    | **STIPULATION TO EXTEND TIME TO**
   |              Plaintiffs,            | **FILE A RESPONSIVE PLEADING**
13 |                                    |
   |       vs.                          | **[LOCAL RULE 6-1(A)]**
14 |                                    |
15 | WELLS FARGO BANK, N.A.; FIRST      | Action Filed:    May 2, 2012
   | AMERICAN LOANSTAR SERVICES, LLC,   | Trial Date:      None Set
   | a Texas limited liability company, DBA
16 | FIRST AMERICAN TRUSTEE SERVICING
   | SOLUTIONS, LLC and FIRST AMERICAN
17 | LOANSTAR TRUSTEE SERVICES, LLC;
   | NEWBURY PLACE REO III, LLC.; BSI
18 | FINANCIAL SERVICES, INC.; and all
   | persons or entities unknown claiming any legal
19 | or equitable right, title, estate, lien or interest
   | in the property described in this Complaint
20 | adverse to Plaintiffs' title thereto, and DOES 1
   | through 25, inclusive,
21 |
   |              Defendants.
22

23

24  **TO ALL PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

25         Plaintiffs FELICISIMO M. NATIVIDAD and GLORIA Q. NATIVIDAD (hereinafter

26  "Plaintiffs") and defendant WELLS FARGO BANK, N.A.. (hereinafter "Wells Fargo"), by and

27  through their respective counsel of record herein, agree and stipulate as follows:

28         A.      On December 18, 2012, Plaintiffs agreed to an extension of time for Wells Fargo to

1   file a response to Plaintiffs' operative second amended complaint until and including January 18,

2   2013.

3           B.      This stipulation does not alter the date of any event or any deadline already fixed

4   by the court.

5           WHEREFORE, the parties to this action agree and stipulate that Wells Fargo shall be

6   permitted until and including January 18, 2013 to file a response to Plaintiffs' operative second

7   amended complaint.

8   DATED:  December 19, 2012          SEVERSON & WERSON
                                        A Professional Corporation
9

10

11                                      By:      /s/ Natilee S. Riedman
                                                 Natilee S. Riedman
12

13                                      Attorneys for Defendant
                                        WELLS FARGO BANK, N.A.
14

    DATED:  December 19, 2012          MOSS AND MURPHY
15

16

17                                      By:      /s/ Glenn L. Moss
                                                 Glenn L. Moss, Esq.
18

19                                      Attorneys for Plaintiffs
                                        FELICISIMO M. NATIVIDAD and GLORIA Q.
20                                      NATIVIDAD

21

22

23

24

25

26          Dated:  December 21, 2012

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPROVED

Jacqueline S. Coly

Judge Jacqueline Scott Corley