MARY KATE SULLIVAN (State Bar No. 180203)
NATILEE S. RIEDMAN (State Bar No. 257871)
nsr@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| GLORIA Q. NATIVIDAD; FELICISIMO M. NATIVIDAD,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; FIRST AMERICAN LOANSTAR SERVICES, LLC, a Texas limited liability company, DBA FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC and FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC; NEWBURY PLACE REO III, LLC.; BSI FINANCIAL SERVICES, INC.; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this Complaint adverse to Plaintiffs' title thereto, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. CV 12-03646-JSC<br><br>**STIPULATED REQUEST TO CONTINUE JANUARY 31, 2013 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:     January 31, 2013<br>Time:    10:00 a.m.<br>Judge:   Hon. Jacqueline Scott Corley<br>Ctrm:    F, 15th Floor<br><br>Action Filed:   May 2, 2012<br>Trial Date:     None Set |

Plaintiffs GLORIA Q. NATIVIDAD and FELICISIMO M. NATIVIDAD ("Plaintiffs") and defendants WELLS FARGO BANK, N.A., FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, NEWBURY PLACE REO III, LLC and BSI FINANCIAL SERVICES, INC. ("Defendants") (Plaintiffs and the Defendants collectively referred to as the "Parties") hereby submit their stipulated request for a continuance of the scheduled January 31, 2013 case management conference. The Defendants have each filed motions to dismiss, all of which are scheduled for

1  hearing on February 28, 2013.  In the interests of economy, in light of the pending motions and
2  due to the fact that the pleadings are not yet at issue, the Parties respectfully request that the Court
3  continue the January 31, 2013 case management conference for approximately 90 days.
4  **IT IS SO STIPULATED**.

5  DATED:  January 18, 2013          MOSS & MURPHY

6                                                            By:  _____*/s/*  Glenn Moss_____
7                                                                         Glenn Moss

8                                                            Attorneys for Plaintiffs
9                                                            GLORIA NATIVIDAD AND FELICISIMO NATIVIDAD

10  DATED:  January 18, 2013         SEVERSON & WERSON
11                                                            A Professional Corporation

12                                                           By:  _____/s/ Natilee S. Riedman_____
13                                                                         Natilee S. Riedman

14                                                           Attorneys for Defendant
15                                                           WELLS FARGO BANK, N.A.

16  DATED:  January 18, 2013         LAW OFFICES OF GLENN H. WECHSLER

17                                                           By:  _____*/s/*  Lawrence D. Harris_____
18                                                                         Lawrence D. Harris

19                                                           Attorneys for Defendant
20                                                           FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC

21
22  DATED:  January 18, 2013         LAW OFFICES OF LES ZIEVE

23                                                           By:  _____*/s/* Jennifer Bender_____
                                                                          Jennifer Bender
24
25                                                           Attorneys for Defendants
                                                             NEWBURY PLACE REO III, LLC AND BSI
26                                                           FINANCIAL SERVICES, INC.

27
28

1 **[PROPOSED] ORDER**

2 Pursuant to the stipulated request of the Parties and GOOD CAUSE APPEARING, the

3 January 31, 2013 case management conference is continued to April 25, 2013, at 1:30 p.m., in

4 Courtroom F of the above-captioned Court.

5 IT IS SO ORDERED.

6 DATED: January 22, 2013

7

8

9 United _____
Hon. Ja

*IT IS SO ORDERED*
*Jacqueline S. Corley*
*Judge Jacqueline Scott Corley*

10