IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA Q. NATIVIDAD, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>        Defendants. | Case No.: C12-3646 JSC<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANT PARTRICK LYMAN & ASSOCIATES LLC SHOULD NOT BE DISMISSED WITH PREJUDICE** |

    Defendant Patrick Lyman & Associates LLC filed a motion to dismiss the third amended complaint on July 16, 2013. (Dkt. No. 132.) Prior to the hearing on the motion to dismiss, Defendant filed a notice that it had entered a written settlement agreement with Plaintiffs. (Dkt. No. 144.) The Notice stated that Plaintiffs were required to file a dismissal with the Court by August 20, 2013. As of the date of this Order, however, no dismissal has been filed. Accordingly, Plaintiffs are ordered to show cause why their claims against Defendant Patrick Lyman & Associates LLC should not be dismissed with prejudice. In particular, if Plaintiffs wish to contest dismissal of those claims they shall file a written response on or before October 15, 2013. Plaintiffs are warned that if no written response is filed, the Court will dismiss the claims with prejudice in accordance with the Notice of Settlement.

IT IS SO ORDERED.

Dated: September 30, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE