IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA Q. NATIVIDAD, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　Defendants. | Case No.: C12-3646 JSC<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO DISMISS DEFENDANTS PATRICK LYMAN & ASSOCIATES LLC, NEWBURY PLACE REO III, LLC, AND BSI FINANCIAL SERVICES, INC. WITH PREJUDICE** |

The Court is in receipt of Plaintiffs' request to dismiss Defendant Patrick Lyman & Associates ("Lyman") "and all other parties" with prejudice. (Dkt. No. 151.) The only "other parties" that remain in this action are Defendants Newbury Place REO III, LLC ("Newbury") and BSI Financial Services, Inc. ("BSI"). The Court accordingly GRANTS Plaintiffs' request for dismissal with prejudice as to Lyman, Newbury, and BSI.

The Clerks is ordered to the close this case.

**IT IS SO ORDERED.**

Dated: October 8, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE